UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULJALIL M. MARYLAND
11440 AMHERST AVENUE #18
SILVER SPRING, MD 20902-4515
301-949-1717

CASE NUMBER 1:05CV01538

JUDGE: Unassigned

DECK TYPE: Employment Discrimination

DATE STAMP: 07/29/2005

V

SODEXHO, INC.
PRENTICE HALL CORPORATION SYSTEM
1090 VERMONT AVE., N.W.
WASHINGTON, DC 20005

**FILED**
JUL 2 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMPLAINT

I, AbdulJalil M. Maryland began working for the above named employer on March 27, 1998 in the position of First Cook. On June 10, 2005 I was terminated for using profanity. I believe that I was terminated in retaliation for filing a previous EEOC Charge of Discrimination (100-2004-00685). This charge was settled in my favor. Several other employees of Respondent have also used profanity and have not been discharged nor disciplined in any way.

I believe that I have been terminated in retaliation for filing a previous charge in violation of Title VII of the Civil Rights Act of 1964.

On June 10, 2005 I was verbally threatened by an employee of Sodexho, Inc. at the National Geographic Society. On three occasions, I was followed by the employee whose name is Mr. Overton from one area to another. After becoming scared of bodily harm, I asked him to step away, as he began to retreat I was threatened by Mr. Overton again and I began to curse out of fear that Mr. Overton would follow through with his actions. Shortly there after the manager Pete Pollings questioned me about the incident. I explained that Mr. Overton had threatened me three times and out of fear I used profanity. I was then terminated from my position and no action was taken against Mr. Overton. Pete Pollings was the person in my complaint with the EEOC. I believe that I was terminated unfairly because of my charge with the EEOC against Pete Pollingss of Sodexho, Inc. I've witnessed on numerous occasions, employees with similar situations where the manager did not follow company policy or procedures.

EXAMPLES:

- In January 2004, we had a former employee named Fabian, who cursed the Manager, Shiquita McCray out, after she asked him to place a display plate out for customers viewing on four different times that day. Fabian's response to her was "fuck you, do it your mother fucking self bitch" and threw an apron at her. Fabian

was back at the work the following work day. Pete Pollings made him (Fabian) apologize to every individual that heard him curse the manager. On another occasion I witnessed Tim Small, Sous Chef caught Fabian drinking alcohol on the job, Tim Small immediately told Pete Pollings and Mark Edwards (both managers). No action was taken against Fabian

- ✓ In April 2004, Mark, the Manager called me "stupid, ignorant, and other abusive names. Mind you, Mark did this in front of the employees and customers; it took discipline not to respond back. I immediately reported the verbal abuse to my manger, Pete Pollings and Mike Williams, our District Manager and no action was taken.

- ✓ This time I was verbally and physically assaulted by a female employee, Maria Avelar. I reported her to the manager, Pete Pollings on three different occasions; from years 2003 through 2005. He investigated and found Ms. Avelar to be at fault. No action was taken against her. It wasn't until after I threatened to go to the District Court and file a restraining order against Ms. Avelar that Pete Pollings informed Ms. Avelar to stay away from me.

- ✓ In February 2005, one of our employees was caught drinking on the job and was suspended on a Friday and returned to work the following Tuesday.

All of these examples mentioned previously under company policy require termination. No action was taken. I find and I hope that the court will find in my favor that under lesser circumstances, extreme actions were taken against me in retaliation, and I ask the court for a trial by jury.

I am seeking relief in the amount of (one million dollars) $1,000,000.00.

ABDULJALIL M. MARYLAND
11440 AMHERST AVENUE, #18
SILVER SPRING, MD 20902-4515