UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULJALIL M. MARYLAND, )
)
Plaintiff, )
)
v. ) Civil Action No. 05 1538
)
SODEXHO, INC., )
) FILED
Defendant. )

JUL 2 9 2005

### MEMORANDUM AND ORDER STAYING CASE

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This matter comes before the Court upon review of the *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted, but the case must be stayed for the following reasons.

Plaintiff claims that he was discriminated against when he was terminated from his employment as a First Cook in retaliation for having pursued a discrimination claim in the past. He brings this action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 *et seq.*

The issuance of a right to sue letter from the EEOC is a condition precedent to the filing of an action such as this in federal court. 42 U.S.C. §2000e-5(b), (e) and (f). In the absence of the issuance of a right to sue letter within 180 days of filing charges with the agency, the plaintiff is obligated to request that such a letter be issued. 29 C.F.R. §1601.

Accordingly, it is hereby

**ORDERED** that plaintiff's application to proceed *in forma pauperis* is **GRANTED**; and it is

**FURTHER ORDERED** that this matter is **STAYED**, and it is

**FURTHER ORDERED** that, within 30 days of entry of this Order, the plaintiff must provide the Court with a right to sue letter indicating a final determination of plaintiff's charge by the agency. Failure to do so will result in the dismissal of this matter.

_____
United States District Judge

Date: 7/28/05