UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUL-JALIL M. MARYLAND,       *

      Plaintiff,       *

    v.       *       Civil Action No. 05-1538

SODEXHO, INC.,       *

      Defendant.       *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**ENTRY OF APPEARANCE**

Please enter my appearance as set forth below as counsel of record for Defendant Sodexho, Inc.:

    Todd J. Horn, Esquire
    DC Bar No. 470780
    Venable, LLP
    1800 Mercantile Bank & Trust Bldg.
    Two Hopkins Plaza
    Baltimore, MD  21201
    Phone:       (410) 244-7709
    Fax:            (410) 244-7742
    E-mail:       thorn@venable.com

    Respectfully submitted,

    _____/s/_____
    Todd J. Horn
    DC Bar No. 06849
    Venable, LLP
    1800 Mercantile Bank & Trust Bldg.
    Two Hopkins Plaza
    Baltimore, MD  21201
    Phone: (410) 244-7709
    Fax:       (410) 244-7742
    E-mail:       thorn@venable.com

    Attorneys for Defendant.

- 2 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of August, 2005, copies of the foregoing Entry of Appearance and Notice of Electronic Filing were mailed, first class, postage prepaid, to the following:

> Abdul-Jalil M. Maryland
> 11440 Amherst Avenue, #18
> Silver Spring, MD  20902-4515
>
> *Pro Se* Plaintiff.

/s/
Todd J. Horn

- 2 -

BA2/274182