UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULJALIL M. MARYLAND

      Plaintiff,

   V                                          CIVIL ACTION NO:    05 1538 - UNA

SODEXHO, INC.,

      Defendant

*Plaintiff response of order*

I, AbdulJalil Maryland is attaching a copy of the "EEOC/Right To Sue Letter" indicating a final determination of said agency as ordered by the court. *I file complaint 7/29/05 and forgot the right to sue letter. Attached*

                                                     Respectfully submitted,

*Cc:f*

                                                  AbdulJalil Maryland
                                                  11440 Amherst Avenue #18
                                                  Silver Spring, MD 20902-4515

**RECEIVED**
AUG 1 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT