**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

NOV - 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ABDUL JALIL M. MARYLAND,          )
                                  )
        Plaintiff,                )
                                  )
    v.                            )    Civil Action No. 05-1538
                                  )
SODEXHO, INC.,                    )
                                  )
        Defendant.                )

## ORDER

It is hereby

ORDERED that the stay of proceedings is LIFTED; and it is

FURTHER ORDERED that the Clerk randomly shall assign this case to a district judge for further proceedings.

SO ORDERED.

_____
United States District Judge

DATE: 10/31/05