# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ABDULJALIL M. MARYLAND,  )
    Plaintiff,  )
               )
               )  Cilvil Action No. 05-1538-RMC
v.  )
               )
SODEXHO, INC.,  )
    Defendant.  )

**MOTION FOR APPOINTMENT OF COUNSEL**

I, AbdulJalil Maryland ask the court to appoint me legal counsel in the area of Civil Rights.

Because of the complexity of Federal, Local Laws and the Rules of Court in a Civil Procedure, I am faced with undue hardship after retaliation with wrongfully terminated from my position with Sodexho, Inc. on June 10, 2005.

I'm unable to obtain an attorney due to the lack of my financial situation, nor could I find an attorney on a contingency basis. I ask the court/judge to appoint me legal council.

_____   _____
ABDULJALIL M. MARYLAND                                                DATE

I AbdulJalil Maryland certify that a copy was mailed to Todd J. Horn representing Sodexho at. 1800 mercantile Bank + Trust Baltimore, MD 21201-2971 410) 244-7400

on 11/16/2005

RECEIVED NOV 16 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT