IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDUL-JALIL MARYLAND, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-1538 (RMC) |
| | * | |
| SODEXHO, INC., | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \*      \* \* \* \* \* \*

**DEFENDANT'S INITIAL SCHEDULING CONFERENCE
SUPPLEMENTAL PLEADING**

      Pursuant to the Court's April 12, 2006 Order for Initial Scheduling Conference, please allow this to serve as Defendant Sodexho, Inc.'s brief statement of the case. In this lawsuit brought under Title VII of the Civil Rights Act of 1964, Plaintiff Abdul-Jalil Maryland alleges that he was terminated in retaliation for filing a charge against Defendant with the Equal Employment Opportunity Commission. Contrary to Plaintiff's allegations, Plaintiff was terminated because he instigated an altercation with another employee which included Plaintiff launching a barrage of profanity and racial slurs. In addition to the legitimate, non-retaliatory reasons for Plaintiff's termination, Plaintiff cannot identify any similarly-situated employee who engaged in this type of misconduct and was not terminated.

Defense counsel will be prepared to discuss this matter at the May 19, 2006 scheduling conference.

Respectfully submitted,

/s/
Todd J. Horn
D.C. Bar No. 470780
Venable LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland  21201
Phone:  (410) 244-7709
Fax:  (410) 244-7742
Email:  thorn@venable.com

Counsel for Defendant.

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2006, a copy of the foregoing Defendant's Initial Scheduling Conference Supplemental Pleading was mailed, first class, postage prepaid, to:

>Abdul-Jalil Maryland
>11440 Amherst Avenue, Apt. 18
>Silver Spring, Maryland  20902-4515
>(301) 949-1717

>Plaintiff.

_____/s/_____
Todd J. Horn
