UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL-JALIL MARYLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1538 (RMC) |
| ) | |
| SODEXHO, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case, initiated *pro se* by the Plaintiff Abdul-Jalil Maryland, was called for an initial scheduling conference on May 19, 2006. As stated in open Court on that day, it is hereby

**ORDERED** that a ruling on Plaintiff's motion for the appointment of counsel [Dkt. #7] is **DEFERRED**; and it is

**FURTHER ORDERED** that the proceedings are stayed for 30 days to allow Plaintiff time to retain counsel or to notify the Court of his inability to retain counsel.

**SO ORDERED**.

Date: May 19, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge