UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AbdulJalil M. Maryland
Plaintiff,

v.                              Civil Action No. 105-CV1538 (RMC)

Sodexho Incorporation
Defendant

NOTICE ~~OF COMPLAINT~~ to Court

I AbdulJualil M. Maryland as of Monday, June 19, 2006 has been unable to obtain an attorney and request the court to provide me with one. I AbdulJalil M. Maryland, plaintiff paid Mr. Richard Saamad $750.00 in the assumption that he would represent me in this matter. I recently found that Mr. Saamad will not be representing me and the money I paid to him was that of a consultation. I am at this time unable to financially obtain an attorney and would ask the court to obtain one for me. I, AbdulJalil M. Maryland certify that a copy of this notice was mailed of this motion to the Lawyer, Mr. Todd Horn for the defendant, to 1800 Merchantile Bank and Trust Building in Baltimore, Maryland.

I have file motion for court appointed counsel.

_AbdulJalil M. Maryland_                         6/19/06
AbdulJalil M. Maryland                            Date

11440 Amherst Ave #18
Silver Spring MD 20902
301 949 1717

RECEIVED
JUN 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT