UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDUL-JALIL MARYLAND, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-1538 (RMC) |
| SODEXHO, INC., | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

The Court deferred its ruling on plaintiff Abdul-Jalil Maryland's motion to appoint counsel to allow time for him to retain counsel. Mr. Maryland has stated his inability to retain counsel and has renewed his motion to appoint counsel. Upon consideration of the factors for appointing counsel set forth in Local Civil Rule 83.11, the Court finds an appointment to be warranted. Accordingly, it is

**ORDERED** that Mr. Maryland's motion to appoint counsel [Dkt. #7] is **GRANTED**; it is

**FURTHER ORDERED** that Mr. Maryland's renewed motion to appoint counsel [Dkt. #15] is **DENIED** as moot; and it is

**FURTHER ORDERED** that the Clerk shall appoint counsel for Mr. Maryland from the Court's Civil Pro Bono Panel. The proceedings are stayed until the appointment process is completed.

**SO ORDERED**.

Date: June 21, 2006                                                  /s/
ROSEMARY M. COLLYER
United States District Judge