UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Abdul-Jalil Maryland, )
)
)
Plaintiff, )
)
)
v. ) Civ. Action No. 05-1538 (RMC)
)
Sodexho, Inc., )
)
Defendant. )

MOTION FOR RELIEF OF APPOINTMENT
PURSUANT TO LOCAL CIVIL RULE 83.11

Comes now undersigned counsel pursuant to Local Civil Rule 83.11(b)(6) to give notice of withdrawal from the provisional appointment in the above-referenced case. Grounds for relief from appointment under subparagraph (b)(6)(I)(aa) exist. *See also Burlington Northern and Santa Fe Ry. Co. v. White*, 126 S.Ct. 2405 (2006).

Respectfully Submitted,

Jeffrey T. Green
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
202-736-8000

Dated: August 22, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 22, 2006, a copy of the foregoing Motion for Relief of Appointment Pursuant to Local Civil Rule 83.11 was served by first class mail, postage prepaid on:

Abdul-Jalil Maryland
11440 Amherst Avenue, #18
Silver Spring, MD 20902-4515

Todd J. Horn
Venable, LLP
1800 Mercantile Bank & Trust
Baltimore, MD 21201-2971

Jeffrey T. Green
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000