A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|                    | )  |                |
|--------------------|----|----------------|
| Plaintiff(s)       | )  | **APPEARANCE** |
|                    | )  |                |
|                    | )  |                |
| vs.                | )  | CASE NUMBER    |
|                    | )  |                |
|                    | )  |                |
| Defendant(s)       | )  |                |

To the Clerk of this court and all parties of record:

Please enter the appearance of  _____ as counsel in this
                                         (Attorney's Name)

case for:_____
                          (Name of party or parties)


_____         /s/
                                        _____
Date                                    Signature

                                        _____
_____         Print Name
BAR IDENTIFICATION
                                        _____
                                        Address

                                        _____
                                        City         State         Zip Code

                                        _____
                                        Phone Number