UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULJALIL M. MARYLAND,
    *Plaintiff*,

v.

SODEXHO, INC.,
    *Defendant.*

Civil Action No. 05-1538 (RMC)

## MOTION FOR ADMISSION *PRO HAC VICE* FOR ROBERT F. VROOM

I, Cedric C. Y. Tan, a member of the Bar of the District Court for the District of Columbia, hereby move, pursuant to LCvR 83.2(d), for the admission *pro hac vice* of Robert F. Vroom of Kenyon & Kenyon LLP to represent Plaintiff AbdulJalil M. Maryland in the above-captioned action for all purposes. I certify that I find the applicant to be a reputable and competent attorney, and that I am in a position to recommend his admission.

The declaration of Robert F. Vroom setting forth the information required by LCvR 83.2(d) accompanies this motion as an exhibit.

Dated: October 27, 2006

Respectfully submitted,

    /s/ Cedric Tan
Cedric C. Y. Tan
D.C. Bar No. 464848
KENYON & KENYON LLP

-2-

        1500 K Street NW
        Washington, DC 20005
        (202) 220-4200 (telephone)
        (202) 220-4201 (facsimile)
        ctan@kenyon.com
        Attorneys for Plaintiff
        AbdulJalil M. Maryland

Case 1:05-cv-01538-RMC    Document 20    Filed 10/27/2006    Page 2 of 2