UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULJALIL M. MARYLAND,

*Plaintiff,*

v.

SODEXHO, INC.,

*Defendant.*

Civil Action No. 05-1538 (RMC)

## DECLARATION OF ROBERT F. VROOM

I, Robert F. Vroom, hereby declare, pursuant to LCvR 83.2(d), that:

1. My full name is Robert Frederic Vroom.

2. I am an associate at the law firm Kenyon & Kenyon LLP, located at 1500 K Street NW, Washington, DC 20005. My telephone number is (202) 220-4200.

3. I have been admitted to the bar for the District of Columbia.

4. I have not been disciplined by any bar or court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I have submitted an application for admission to practice before the bar of this Court.

I affirm under the penalties for perjury that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Dated: October 27, 2006

Robert F. Vroom