UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULJALIL M. MARYLAND,**<br>*Plaintiff*,<br><br>v.<br><br>**SODEXHO, INC.,**<br>*Defendant.* | **Civil Action No. 05-1538 (RMC)** |

**PROPOSED ORDER FOR ADMISSION**
*PRO HAC VICE* **OF ROBERT F. VROOM**

Upon the motion of Cedric C. Y. Tan, attorney for Plaintiff, AbdulJalil Maryland, for an Order admitting Robert F. Vroom *pro hac vice* in this action for all purposes and in consideration of the declaration attached hereto, it is hereby:

ORDERED that Robert F. Vroom is admitted *pro hac vice* in this action for all purposes on behalf of Plaintiff, AbdulJalil Maryland.

Dated: _____           _____
                                                    United States District Court Judge