IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDUL-JALIL MARYLAND, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-1538 (RMC) |
| | * | |
| SODEXHO, INC., | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \*       \* \* \* \* \* \*

## **SCHEDULING ORDER**

HAVING CONSIDERED the Joint Report Plaintiff and Defendant filed with this Court pursuant to Rule 16.3(d) of the Local Civil Rules of the United States District Court for the District of Columbia, it is hereby ordered this _____ day of December 2006, that:

1.   All motions for leave to amend the pleadings shall be filed within thirty (30) days after the date of this scheduling order.

2.   The Plaintiff shall identify his experts and make his disclosures regarding expert testimony pursuant to Rule 26(a)(2), Fed. R. Civ. P., at least seventy five (75) days before the close of discovery, and Defendant shall make its disclosures in this regard at least thirty (30) days before the close of discovery.

- 2 -

      3.     Initial disclosures pursuant to Rule 26(a)(1), Fed. R. Civ. P., shall be exchanged within twenty five (25) days after the date of this scheduling order.

      4.     All discovery in this case shall be completed within one hundred fifty (150) days after the date of this scheduling order.  Discovery requests must be made sufficiently far in advance of this date to permit responses to be served pursuant to the applicable rules.

      5.     Dispositive motions, if any, shall be filed within thirty (30) days after the close of discovery, oppositions to dispositive motions shall be filed thirty (30) days after service, and reply briefs shall be filed fifteen (15) days after service of any opposition.

      6.     A pretrial conference will be held in this action on a date certain to be set by the Court after it rules on any dispositive motion.  A trial date will be set at the pretrial conference.

                                    _____
                                    Rosemary M. Collyer
                                    United States District Judge

Clerk:

Please serve:

| | |
|---|---|
| Cedric C. Y. Tan<br>D.C. Bar No. 464848<br>KENYON & KENYON LLP<br>1500 K Street NW<br>Washington, DC 20005<br>Phone: (202) 220-4200<br>Fax: (202) 220-4201<br>Email: ctan@kenyon.com | Todd J. Horn<br>D.C. Bar No. 470780<br>Venable LLP<br>1800 Mercantile Bank & Trust Bldg.<br>Two Hopkins Plaza<br>Baltimore, Maryland  21201<br>Phone:  (410) 244-7709<br>Fax:  (410) 244-7742<br>Email:  thorn@venable.com |
| Counsel for Plaintiff. | Counsel for Defendant. |