A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|                   |   |                |
|-------------------|---|----------------|
|   Plaintiff(s)    | ) | **APPEARANCE** |
|                   | ) |                |
|      vs.          | ) | CASE NUMBER    |
|                   | ) |                |
|   Defendant(s)    | ) |                |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____ as counsel in this
(Attorney's Name)

case for:_____
(Name of party or parties)

_____   /s/
Date                                 _____
                                     Signature

_____   _____
BAR IDENTIFICATION                   Print Name

                                     _____
                                     Address

                                     _____
                                     City         State        Zip Code

                                     _____
                                     Phone Number