IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDULJALIL MARYLAND, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-1538 (RMC) |
| | * | |
| SODEXHO, INC., | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * *

**DEFENDANT'S MOTION TO DISMISS**
**PORTIONS OF PLAINTIFF'S AMENDED COMPLAINT**

Defendant, Sodexho, Inc., by and through undersigned counsel, pursuant to Rules 12(b)(6) and 15(a), Fed. R. Civ. P., respectfully moves this honorable Court for the entry of an Order dismissing with prejudice the new claims Plaintiff Abduljalil Maryland asserts in his Amended Complaint. As grounds for this motion, Defendant states as follows:

**A.   Counts I-III:  Claims of Religious Discrimination, Harassment and Retaliation Under Title VII.**

1. In counts I, II, and III, Plaintiff asserts claims of religious discrimination, religious harassment, and incidents of retaliation, including retaliatory discharge, under Title VII of the Civil Rights Act of 1964.

2. Because Plaintiff never raised those claims (except a claim of retaliatory discharge) in a charge with the Equal Opportunity Employment Commission, those claims under Title VII should be dismissed.

- 2 -

    **B.**    **Counts IV-VI: Claims of Religious Discrimination, Harassment, and Retaliation under the D.C. Human Rights Act.**

    1.    In counts IV-VI, Plaintiff alleges religious discrimination, religious harassment, and retaliation under the D.C. Human Rights Act.

    2.    The Court should dismiss Plaintiff's claims under the D.C. Human Rights Act because they are barred by the applicable one-year statute of limitations.  Because Plaintiff was terminated from Defendant on June 10, 2005, the limitations period under the D.C. Human Rights Act expired on June 10, 2006.

    **C.**    **Plaintiff's Claims Based on Incidents Prior to November 17, 2004.**

    1.    On November 17, 2004, Plaintiff signed a settlement agreement with Defendant in which he released Defendant from all claims and causes of action.

    2.    To the extent Plaintiff asserts claims in his amended complaint that arose prior to his execution of that agreement, they are barred by that agreement and should be dismissed.

    WHEREFORE, the Court should dismiss with prejudice all claims in Plaintiff's amended complaint, except his claim of retaliatory discharge under Title VII in count III.  In further support of this motion, the

- 3 -

Court's attention is respectfully invited to the Memorandum of Points and Authorities and proposed Order, respectfully submitted.

             Respectfully submitted,

             _____/s/_____
             Todd J. Horn
             D.C. Bar No. 470780
             Venable LLP
             1800 Mercantile Bank & Trust Bldg.
             Two Hopkins Plaza
             Baltimore, Maryland  21201
             Phone:  (410) 244-7709
             Fax:  (410) 244-7742
             Email:  thorn@venable.com

             Counsel for Defendant.