# EXHIBIT 1

EEOC FORM 131 (5/01)

# U. S. Equal Employment Opportunity Commission

| | |
|---|---|
| Mr. Gordon Ellis<br>Director of Human Resources<br>Sodexho Services<br>9801 Washingtonian Blvd.<br>Suite 1024<br>Gaithersburg, MD 20878 | **PERSON FILING CHARGE**<br><br>**Abduljalil M. Maryland**<br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br>EEOC CHARGE NO.<br>**100-2004-00685** |

RECEIVED JUL 14 2004

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act         [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act   [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **13-AUG-04** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by **27-JUL-04** to **John Woods, ADR Coordinator, at (202) 275-0077**
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Janice B. Campbell,
Enforcement Supervisor
*EEOC Representative*
Telephone: **(202) 275-7377**

**Washington Field Office**
1400 L Street, NW
Suite 200
Washington, DC 20005

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION
[ ] RACE  [ ] COLOR  [ ] SEX  [X] RELIGION  [ ] NATIONAL ORIGIN  [ ] AGE  [ ] DISABILITY  [ ] RETALIATION  [ ] OTHER

**See enclosed copy of charge of discrimination.**

**EXHIBIT 1**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| Jul 13, 2004 | Dana Hutter,<br>Acting Director | For JHF<br>Dana Hutter |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.<br>FIELD OFFICE | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>100-2004-00685 |
|---|---|---|

2004 JUL -7 P 3:06

D.C. Office Of Human Rights and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>**Mr. Abduljalil M. Maryland** | Home Phone No. (Incl Area Code)<br>**(301) 949-1717** | Date of Birth<br>**02-21-1962** |
|---|---|---|

400 L ST NW
WASHINGTON D.C. 20005

Street Address: **11440 Amherst Avenue, Apt. # 18, Silver Spring, MD 20902**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**SODEXHO AT THE NATIONAL GEOGRAPHIC** | No. Employees, Members<br>**Unknown** | Phone No. (Include Area Code) |
|---|---|---|

Street Address: **1700 M Street, Nw, Washington, D.C., DC 20507**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address / City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **11-16-2001**  Latest: **04-01-2004**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I began employment with the above named Respondent July 27, 2001 as a Receiver. After September 11, 2001, I began to experience changes in the attitudes of delivery drivers and co-workers due to my religion. I complained to my manager Ms. Traskos, but no changes have been made in regards to my situation. I applied for a cook's position on September 9, 2003, but was not hired due to the fact that I attend prayer services on Fridays.

II. The Respondent stated I did not receive the promotion to a cook's position because I attended prayer services on Fridays.

III. I believe that the Respondent subjected me to a hostile work environment and different terms and conditions in hiring because of my religion, Islam, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

7/3/2004  *Abduljalil Maryland* (signature)
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)