# EXHIBIT 2



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office

1400 L Street, N W , Suite 200
Washington, D C 20005
(202) 275-7377
TTY (202) 275-7518
FAX (202) 275-6834 & 0025

November 29, 2004

Abdujalil Maryland
11440 Amherst Avenue
Apt. # 18
Silver Spring, MD 20902

Re: Maryland v. Sodexho At The National Geographic
Ch: # 100-2004-00685

Dear Mr. Maryland:

In view of the agreement reached between you and Respondent, signed by the Acting Director of the Washington Field Office (copy enclosed), the U.S. Equal Employment Opportunity Commission (EEOC) will take no further action on your behalf in response to this charge of discrimination.

EEOC will discontinue its investigation of the above noted charge. This action does not reflect any judgment by EEOC as to the merits of the charge or the terms of the settlement. Furthermore, EEOC does not waive its right to investigate any other charge, including a charge filed by a member of the Commission, or to institute a directed ADEA or EPA investigation against the Respondent.

For the Commission:

John L. Woods, Jr.
ADR Coordinator
Washington Field Office

Enclosure
cc:

Kimberly Hanson
Senior EEO Representative
9801 Washington Boulevard
Gaithersburg, MD 20878
Fax: 301-987-4499

**EXHIBIT 2**

11-29-2004 02:02pm From-U.S. EEOC, WFO +2022750076 T-429 P.003/004 F-623
11/22/2004 11:34 FAX 3019874498 SODEXHO LEGAL
11-18-2004 06:22pm From-U.S EEOC, WFO +2022750076 T-402 P.007/008 F-549

Case 1:05-cv-01538-RMC    Document 26-4    Filed 01/18/2007    Page 3 of 4

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Washington Field Office

1400 L Street, N.W., Suite 200
Washington, D.C. 20005
(202) 275-7377
TTY (202) 275-7518
FAX (202) 275-5834 & 0025

## MEDIATION SETTLEMENT AGREEMENT

CHARGE NUMBER: 100200400685

CHARGING PARTY: Abdulijalil M. Maryland

RESPONDENT: Sodexho

1. In exchange for the promises made by Sodexho (Respondent) obtained through the U.S. Equal Employment Opportunity's mediation process pursuant to its Charge 100-2004-00685, Abdulijalil M. Maryland (Charging Party) agrees not to institute a law suit under Title VII of the Civil Rights Act of 1964, as amended.

2. Further we agree that submission of this agreement to EEOC will constitute a request for closure of EEOC Charge Number 100-2004-00685.

3. It is understood that this agreement does not constitute an admission by Respondent of any violation of Title VII of the Civil Rights Act of 1964, as amended.

4. Respondent agrees that there shall be no discrimination or retaliation of any kind against Charging Party as a result of filing this charge or against any person because of opposition to any practice deemed illegal under the ADA, the ADEA or Title VII, as a result of filing this charge, or for giving testimony, assistance or participating in any manner in an investigation, proceeding or a hearing under the aforementioned Acts.

5. This document constitutes a final and complete statement of the agreement between the Charging Party, Respondent, and EEOC.

6. The parties agree that the EEOC is authorized to investigate compliance with this agreement and that this agreement may be specifically enforced in court by the EEOC or the parties and may be used as evidence in a subsequent proceeding in which a breach of this agreement is alleged.

7. As evidence of a good faith effort to resolve EEOC Charge Number 100200400685, Respondent offers and Charging Party accepts the following proposal of settlement:
   a. Respondent agrees to provide the Charging Party with a lump sum payment in the amount of two thousand dollars ($2,000.00) by December 3, 2004;
   b. Respondent agrees to increase the Charging Party's hourly pay rate from $10.30 per hour to $11.00 per hour by December 3, 2004.

Sodexho Management, Inc.
*[signature]* Kimberly _____
Respondent Senior EEO Representative

Nov 22, 2004
Date

*[signature]*
Charging Party

Nov. 17, 2004
Date

In reliance on the promises made in paragraphs one through seven above, EEOC agrees to terminate its investigation and to not use the above referenced charge as a jurisdictional basis for a civil action under Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination Act of 1967 as amended, or the Americans with Disabilities Act of 1990, as amended. EEOC does not waive or in any manner limit its right to investigate or seek relief in any other charge including, but not limited to, a charge filed by a member of the Commission against the Respondent.

On Behalf of the Commission:

*[signature]* Dana R Hutter

11/22/04
Date

Dana Hutter,
Acting Director