# EXHIBIT 4

Case 1:05-cv-01538-RMC    Document 26-6    Filed 01/18/2007    Page 1 of 3

EEOC FORM 131 (5/01)

## U. S. Equal Employment Opportunity Commission

| | |
|---|---|
| Ms Beth Kedzior<br>Human Resources<br>SODEXHO, INC.<br>9801 Washington Blvd.<br>Suite 1024<br>Gaithersburg, MD 20878 | **PERSON FILING CHARGE**<br><br>Abduljalil M. Maryland<br><br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br><br>**EEOC CHARGE NO.**<br>100-2005-01357 |

### NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act          [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act          [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by             a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by             to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by       to      If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Stanika K. Smith,
Investigator Support Asst
EEOC Representative
Telephone: **(202) 419-0743**

**Washington Field Office**
1801 L Street, N.W.
Suite 100
Washington, DC 20507

Enclosure(s): [ ] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[ ] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN   [ ] AGE   [ ] DISABILITY   [X] RETALIATION   [ ] OTHER

**ISSUES:** Discharge

**DATE(S) (on or about):** EARLIEST: 06-10-2005   LATEST: 06-10-2005


EXHIBIT 4

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| Jun 30, 2005 | Dana Hutter,<br>Acting Director | *Dana R Hutter* |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>100-2005-01357 |
|---|---|---|

D. C Office of Human Relations _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Mr. Abduljalil M. Maryland | Home Phone No. (Incl Area Code)<br>(301) 949-1717 | Date of Birth<br>02-21-1962 |
|---|---|---|

Street Address: 11440 Amherst Ave., #18, Silver Spring, MD 20902

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>SODEXHO FOOD SERVICE | No. Employees, Members<br>201 - 500 | Phone No. (Include Area Code)<br>(202) 857-1610 |
|---|---|---|

Street Address: National Georgraphic, 1600 M Street, N.W., Washington, DC 20036

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br>☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 06-10-2005   Latest: 06-10-2005<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**I began working for the above named employer on March 27, 1998 in the position of First Cook. On June 10, 2005 I was terminated for using profanity. I believe that I was terminated in retaliation for filing a previous EEOC Charge of Discrimination (100-2004-00685). This charge was settled in my favor. Several other employees of Respondent have also used profanity and have not been discharged nor disciplined in anyway.**

**I believe that I have been discharged in retaliation for filing a previous charge in violation of Title VII of the Civil Rights Act of 1964, as amended.**

*[Stamp: 2005 JUN 22 P 1:27  EEOC WASHINGTON FIELD OFFICE  1400 L ST NW WASHINGTON D.C. 20005]*

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the above is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Jun 22, 2005         *[signature]*
Date                  Charging Party Signature