# EXHIBIT 6

**VENABLE**®LLP

Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978

Telephone 410-244-7400
Facsimile 410-244-7742

www.venable.com

Todd J. Horn        (410) 244-7709        thorn@venable.com

August 30, 2005

**_VIA UPS OVERNIGHT_**

Michael Bruckheim, Esquire
Attorney Advisor
District of Columbia
Office of Human Rights
One Judiciary Square
441 4th Street, N.W., Suite 570 North
Washington, D.C. 20001

      Re:    Freedom of Information Act Request
              AbdulJalil M. Maryland v. Sodexho, Inc.,
              OHC Case No. _____

Dear Mr. Bruckheim:

        On behalf of Sodexho, Inc., the Respondent in the above-captioned charges, I am writing to request copies of all documents in the above-referenced investigative files. This request is made pursuant to the provisions of the District of Columbia's Freedom of Information Act, D.C. Code §§ 2-531 et seq. The charging party has filed a lawsuit in the United States District Court for the District of Columbia against Respondent based on the above charges. A copy of his complaint is enclosed for your reference.

        While I do not have the OHR case numbers for these charges, the Charging Party's Social Security number is 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, and he filed the Charges in 1998, 1999, 2004 and 2005. The documents requested are believed to be publicly available and within the custody of the D.C. Office of Human Rights. In compliance with applicable regulations, we agreed to pay reasonable charges incurred for search and copying costs. Please do not hesitate to contact me should you have any questions regarding this matter.

Sincerely,

*[signature]*

Todd J. Horn

TJH:trl
Enclosure
BA2/258881/124-125

**EXHIBIT 6**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULJALIL M. MARYLAND
11440 AMHERST AVENUE #18
SILVER SPRING, MD 20902-4515
301-949-1717

CASE NUMBER   1:05CV01538

JUDGE: Unassigned

DECK TYPE: Employment Discrimination

DATE STAMP: 07/29/2005

V

SODEXHO, INC.
PRENTICE HALL CORPORATION SYSTEM
1090 VERMONT AVE., N.W.
WASHINGTON, DC  20005

FILED

JUL 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## COMPLAINT

I, AbdulJalil M. Maryland began working for the above named employer on March 27, 1998 in the position of First Cook. On June 10, 2005 I was terminated for using profanity. I believe that I was terminated in retaliation for filing a previous EEOC Charge of Discrimination (100-2004-00685). This charge was settled in my favor. Several other employees of Respondent have also used profanity and have not been discharged nor disciplined in any way.

I believe that I have been terminated in retaliation for filing a previous charge in violation of Title VII of the Civil Rights Act of 1964.

On June 10, 2005 I was verbally threatened by an employee of Sodexho, Inc. at the National Geographic Society. On three occasions, I was followed by the employee whose name is Mr. Overton from one area to another. After becoming scared of bodily harm, I asked him to step away, as he began to retreat I was threatened by Mr. Overton again and I began to curse out of fear that Mr. Overton would follow through with his actions. Shortly there after the manager Pete Pollings questioned me about the incident. I explained that Mr. Overton had threatened me three times and out of fear I used profanity. I was then terminated from my position and no action was taken against Mr. Overton. Pete Pollings was the person in my complaint with the EEOC. I believe that I was terminated unfairly because of my charge with the EEOC against Pete Pollingss of Sodexho, Inc. I've witnessed on numerous occasions, employees with similar situations where the manager did not follow company policy or procedures.

EXAMPLES:
- ✓ In January 2004, we had a former employee named Fabian, who cursed the Manager, Shiquita McCray out, after she asked him to place a display plate out for customers viewing on four different times that day. Fabian's response to her was "fuck you, do it your mother fucking self bitch" and threw an apron at her. Fabian


was back at the work the following work day. Pete Pollings made him (Fabian) apologize to every individual that heard him curse the manager. On another occasion I witnessed Tim Small, Sous Chef caught Fabian drinking alcohol on the job, Tim Small immediately told Pete Pollings and Mark Edwards (both managers). No action was taken against Fabian

- ✓ In April 2004, Mark, the Manager called me "stupid, ignorant, and other abusive names. Mind you, Mark did this in front of the employees and customers; it took discipline not to respond back. I immediately reported the verbal abuse to my manger, Pete Pollings and Mike Williams, our District Manager and no action was taken.

- ✓ This time I was verbally and physically assaulted by a female employee, Maria Avelar. I reported her to the manager, Pete Pollings on three different occasions; from years 2003 through 2005. He investigated and found Ms. Avelar to be at fault. No action was taken against her. It wasn't until after I threatened to go to the District Court and file a restraining order against Ms. Avelar that Pete Pollings informed Ms. Avelar to stay away from me.

- ✓ In February 2005, one of our employees was caught drinking on the job and was suspended on a Friday and returned to work the following Tuesday.

All of these examples mentioned previously under company policy require termination. No action was taken. I find and I hope that the court will find in my favor that under lesser circumstances, extreme actions were taken against me in retaliation, and I ask the court for a trial by jury.

I am seeking relief in the amount of (one million dollars) $1,000,000.00.

_____            *signature*
                                     ABDULJALIL M. MARYLAND
                                     11440 AMHERST AVENUE, #18
                                     SILVER SPRING, MD 20902-4515

**Package ID**

0000000001848907

Please attach this to your package

## Package Detail:

**General Description of Goods:** LETTER
**Is Document Only?:** Y
**Residential:**
**UPS Services:** Next Day Air
**Letter:** Y
**COD Amount: COD Payment Method:**
**Declared Value:**
**Ship Notification: Delivery Confirmation:**
**Saturday Delivery: Saturday Pickup:**
**Additional Handling: Hazardous Material:**
**Verbal Confirmation of Delivery (Early AM only):**
**Call Tag:**
**Billing Option:** Prepaid
**Package Weight: Width: Length: Height:**
**Merchandise Description:**
**Special Instructions:**
**Ref #1 Ref #2 Ref #4 Ref #5**
**Qualifier #1 Qualifier #2**

## Ship To:

D.C. Office of Human Rights
Michael Bruckheim, Esquire
441 4th St., N.W.
Suite 570 North
Washington, DC 20001

## Ship From:

Horn, Todd J.
30112222250
tjh01@venable.com
410-244-7709

Ship Another Package
Repeat Shipment