# EXHIBIT 7

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Office of Human Rights



**Judiciary Square Office**
441 4th Street, NW, Suite 570N
Washington, DC 20001
Phone: (202) 727-4559  Fax: (202) 727-9589

**Penn Branch Office**
3220 Pennsylvania Avenue, SE, 1st Fl.
Washington, DC 20020
Phone: (202) 727-4559  Fax: (202) 645-6390

September 30, 2005

***VIA REGULAR MAIL***

Todd J. Horn, Esq.
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201-2978

Re:   AbdulJalil M. Maryland v Sodexho, Inc

Dear Mr. Horn:

We are in receipt of your request for above captioned case file. As we discussed, our Office has carefully researched our database for files containing the Complainant's name and we have not found any such files. As I explained yesterday, when cases are filed with the Office of Human Rights (OHR) or the Equal Employment Opportunity Commission (EEOC), the investigation is opened at the Office where the charges were filed by the Complainant. It is cross-filed for statute of limitations purposes. Therefore, if the case you cite was initially filed at the EEOC, they would assign it a case number and open the case for investigation. OHR will simply assign it a number and nothing else. The case would be opened in this Office only if it is dismissed prior to investigation or withdrawn by the Complainant. Therefore, we have no filings or documents of this case in our Office.  If you have any questions or concerns, please call me at (202) 727-6673.

Sincerely,

ALEXIS P. TAYLOR
Interim Freedom of Information Act Officer

EXHIBIT
7