IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULJALIL MARYLAND,         *

       Plaintiff,           *

     v.             *      Civil Action No. 05-1538 (RMC)

                  *

SODEXHO, INC.,

                  *

       Defendant.

                  *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>ORDER</u>**

HAVING CONSIDERED Defendant's Motion to Dismiss Portions of Plaintiff's Amended Complaint, and any opposition thereto, it is by this Court this _____ day of _____, 2007:

ORDERED, that Defendant's Motion to Dismiss Portions of Plaintiff's Amended Complaint shall be, and the same hereby is, GRANTED. It is further

ORDERED, that Counts I, II, IV and VI of Plaintiff's amended complaint shall be, and the same hereby are, DISMISSED WITH PREJUDICE.  It is further

ORDERED, that any claim for retaliation under Title VII of the Civil Rights Act of 1964 in count III of Plaintiff's amended complaint, other

- 2 -

than a claim for retaliatory discharge, shall be, and the same hereby is,

DISMISSED WITH PREJUDICED.

_____

Rosemary M. Collyer
United States District Judge

BA2/309373