UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Abdul-Jalil Maryland,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Sodexho, Inc.,** )<br>)<br>**Defendant.** ) | Civ. Action No. 05-1538 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Sodexho's Motion to Dismiss Portions of the Amended Complaint [Dkt. No. 26] is **GRANTED** as to Counts I, II, IV and V and **DENIED** as to Count VI.

**SO ORDERED.**

/s/
ROSEMARY M. COLLYER
United States District Judge

Date: February 23, 2007