**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Abdul-Jalil Maryland,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civ. Action No. 05-1538 (RMC)** |
| ) | |
| **Sodexho, Inc.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and

contemporaneously herewith, it is hereby

**ORDERED** that Sodexho's Motion to Dismiss Portions of the Amended

Complaint [Dkt. No. 26] is **GRANTED** as to Counts I, II, IV and V and **DENIED** as to Count

VI.

**SO ORDERED.**

/s/
ROSEMARY M. COLLYER
United States District Judge

Date:  February 23, 2007