UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULJALIL MARYLAND )<br><br>Plaintiff, )<br><br>v. )<br><br>SODEXHO, INC., )<br><br>Defendant. ) | C.A. No. 05-1538 (RMC) |

### JOINT MOTION TO AMEND SCHEDULING ORDER TO ALLOW FOR ADR

Plaintiff, AbdulJalil Maryland, and Defendant, Sodexho, Inc., by their respective undersigned counsel, respectfully move that the Court stay discovery and the other deadlines in the scheduling order to permit the parties to participate in a settlement conference with the assistance of a Magistrate Judge. As grounds for this joint motion, the parties state as follows:

1. The Court indicated in the scheduling order that submission to alternative dispute resolution, *e.g.*, mediation or a settlement conference before a Magistrate Judge, is encouraged and available at the request of the parties at any time.

2. The parties believe that the above action could benefit from the Court's alternative dispute resolution (ADR) procedures, and that ADR is likely to be fruitful and potentially useful at this time.

3. The close of discovery in this case is scheduled for May 3, 2007, and a pretrial conference date and a trial date have not yet been set. The parties wish to avoid the cost

and expense that will accompany the remaining discovery and motions practice that have been scheduled, and instead devote their resources toward settlement discussions.

4. Subject to the approval of the Court, the parties request that the scheduling order in this case (D.I. 24) be amended such that discovery shall be stayed, along with any subsequent deadlines in the scheduling order, so that the parties may explore the possibility of mediation and ADR. The parties also request that the status conference scheduled for 10:00 a.m. on May 4, 2007 be stayed pending mediation discussions. In the event that mediation fails, the parties will request that the Court reschedule said status conference so that new deadlines can be set.

Respectfully submitted,

KENYON & KENYON LLP

/s/
Gary S. Morris (D.C. Bar # 457851)
Cedric C. Y. Tan (D.C. Bar # 464848)
Robert F. Vroom (D.C. Bar # 476846)
1500 K Street NW
Washington, DC 20005-1257
Tel: (202) 220-4200
Fax: (202) 220-4201

Attorneys for Plaintiff

VENABLE LLP

/s/
Todd J. Horn (D.C. Bar # 470780)
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, MD 21201
Tel: (410) 244-7709
Fax: (410) 244-7742

Attorney for Defendant

SO ORDERED this _____ day of April, 2007.

The Court will assign Magistrate Judge _____ to conduct any mediation or other ADR sought in this matter.

---
Rosemary M. Collyer
United States District Judge