IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDULJALIL MARYLAND, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-1538 (RMC/JMF) |
| SODEXHO, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STATUS REPORT**

Pursuant to the Court's April 24, 2007 Order, please allow this to serve as the Joint Status Report of the Plaintiff, AbdulJalil Maryland, and Defendant, Sodexho, Inc. On April 24, 2007, the Court suspended discovery in this case to allow the parties to participate in Court-sponsored mediation. On June 4, 2007, the parties met with the Honorable Magistrate Judge John M. Facciola for mediation discussions. Following that meeting, the parties, through counsel, continued settlement discussions. Because the parties are optimistic they will be able to reach a settlement in this case, they respectfully request that the Court extend the discovery stay until July 6, 2007 so they may continue their discussions.

Respectfully submitted this 26th day of June, 2007.

| /s/ | /s/ |
|---|---|
| Robert F. Vroom (DC Bar #476846) | Todd J. Horn |
| Gary S. Morris (DC Bar #457851) | D.C. Bar No. 470780 |
| Cedric C. Y. Tan (DC Bar #464848) | Venable LLP |
| Kenyon & Kenyon LLP | 1800 Mercantile Bank & Trust Bldg. |
| 1500 K Street, N.W. | Two Hopkins Plaza |
| Washington, D.C. 20005 | Baltimore, Maryland 21201 |
| Phone: (202) 220-4200 | Phone: (410) 244-7709 |
| Fax: (202) 220-4201 | Fax: (410) 244-7742 |
| | |
| Counsel for Plaintiff | Counsel for Defendant |