IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDULJALIL MARYLAND, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-1538 (RMC/JMF) |
| SODEXHO, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., Plaintiff, AbdulJalil Maryland, and Defendant, Sodexho, Inc., by and through their respective undersigned counsel, hereby stipulate that this lawsuit shall be dismissed with prejudice, with each party bearing its own costs, including attorneys' fees.

Respectfully submitted this 6th day of July, 2007.

| | |
|---|---|
|    /s/ Cedric C.Y. Tan    |    /s/    |
| Robert F. Vroom (DC Bar #476846) | Todd J. Horn (D.C. Bar No. 470780) |
| Cedric C. Y. Tan (DC Bar #464848) | Venable LLP |
| Kenyon & Kenyon LLP | 1800 Mercantile Bank Bldg. |
| 1500 K Street, N.W. | Two Hopkins Plaza |
| Washington, D.C.  20005 | Baltimore, Maryland  21201 |
| Phone:  (202) 220-4200 | Phone:  (410) 244-7709 |
| Fax:  (202) 220-4201 | Fax:  (410) 244-7742 |
| | |
| Counsel for Plaintiff | Counsel for Defendant |

320960/BA2